■ STEVEN ROSENBERG, Individually and as Parent and Natural Guardian of JEFFREY ROSENBERG, an Infant, Respondent, v KISSING BRIDGE, Appellant.—Order insofar as appealed from unanimously reversed on the law without costs and motion denied. Memorandum: Plaintiff's motion to compel disclosure, insofar as it sought the results and conclusions of an investigation conducted by defense counsel, should have been denied. Supreme Court's order, which precluded defendant from offering the testimony of any of its employees concerning the results or conclusions of their investigation, went far beyond the relief sought by plaintiff. (Appeal from Order of Supreme Court, Erie County, McGowan, J.—Discovery.) Present—Callahan, J. P., Doerr, Denman, Pine and Lawton, JJ.

■ JAMES SCRIMALE, Respondent, v STATE OF NEW YORK, Appellant.—Order unanimously affirmed with costs for the reasons stated at Court of Claims, Israel Margolis, J. (Appeal from Order of Court of Claims, Israel Margolis, J.—Dismiss Complaint.) Present—Callahan, J. P., Doerr, Denman, Pine and Lawton, JJ.

■ DIANE W. GACA, Appellant, v MICHELE E. NASH, Respondent.—Order unanimously affirmed without costs for the reasons stated in decision at Onondaga County Family Court, Bersani, J. (Appeal from Order of Onondaga County Family Court, Bersani, J.—Custody.) Present—Callahan, J. P., Doerr, Denman, Pine and Lawton, JJ.